MARY C. KEENAN, Plaintiff, v. MARY J. KEENAN, CHARLES P. KEENAN and Others, Defendants.— Motion granted, unless, within twenty days, the appellant serves the printed papers on appeal, and pays ten dollars costs of this motion, in which case motion is denied, without costs.

BLANCHE LAFOUNTAIN, an Infant, by WILLIAM R. LAFOUNTAIN, Her Guardian ad Litem, Respondent, v. JOSEPH PELKEY, Appellant.— Judgment and order affirmed, with costs. All concurred, except Woodward, J., dissenting; Henry T. Kellogg, J., not sitting.

In the Matter of Proving the Last Will and Testament of ALBERT CARN-RIGHT, Deceased, as a Will of Real and Personal Property.— Motion granted.

MARY MALONE, Appellant, v. KATHERINE HIRSCH, Respondent.— Motion denied.

In the Matter of the Petition of DAVID A. THOMPSON, as Executor Therein Named, for the Probate of the Last Will and Testament and Codicil Thereto of JESSE W. POTTS, Late of the City of Albany, County of Albany and State of New York, Deceased. JULIA MAUD DE FOREST and Others, Appellants; DAVID A. THOMPSON, as Executor, etc., and Others, Respondents.— Motion denied.

In the Matter of the Application of HENRY C. McLEAN, Respondent, for Leave to Issue an Execution upon a Final Decree of the Surrogate's Court of Fulton County. JOHN B. JUDSON and GEORGE CHANT, Appellants. — Motion denied.

ANNA MANNING, Respondent, v. ELLEN CALLAHAN, Individually and as Administratrix, etc., of THOMAS F. O'BRIEN, Deceased, Appellant, and Others, Respondents.— Motion denied.

E. HARRY MIERSON, Respondent, v. THE CITY OF GLOVERSVILLE, Appellant.— Motion granted.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE COUNTY OF DELAWARE and Others, Relators, v. THE STATE TAX COMMISSION and the TOWN OF HANCOCK, DELAWARE COUNTY, NEW YORK.— Motion denied.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM PAYNE and MARTHA PAYNE, Appellants.— Motion denied.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE PRESIDENT AND TRUSTEES OF THE INCORPORATED VILLAGE OF WALTON, DELAWARE COUNTY, and TWENTY-SIX CITIZENS AND PROPERTY OWNERS OF SAID VILLAGE, v. THE PUBLIC SERVICE COMMISSION, SECOND DISTRICT OF NEW YORK, and WALTON PEOPLE'S TELEPHONE COMPANY, INCORPORATED, Defendants.— Determination unanimously confirmed, with fifty dollars costs and disbursements, on the authority of People ex rel. New York & North Shore T. Co. v. Public Service Commission (175 App. Div. 869).

THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE ARGUS COMPANY, Appellant, v. FRANCIS M. HUGO, Secretary of State, and Others, Composing the STATE PRINTING BOARD, and J. B. LYON COMPANY, Respondents.— Order affirmed, with ten dollars costs and disbursements. All concurred, except Cochrane, J., dissenting.

JOSEPH S. McMURDY, as Overseer of the Poor of the Town of Delhi,